UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Nos. 24cr2386-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| MANUEL FLORES-RODRIGUEZ II, | |
| Defendant. | |

Upon the oral motion of the United States, the Court grants the government's motion to dismiss with prejudice the Indictment in the above-entitled case against defendant Manuel Flores-Rodriguez II.

IT IS SO ORDERED.

IT IS SO ORDERED.
Dated: October 2, 2025

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE